IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GREG PAUL CHAVEZ,

        Petitioner,

vs.                                                                                            No CIV 06-792 JB/LFG

GUY HALL, Warden,

        Respondent.

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS<br>AND RECOMMENDED DISPOSITION<br>AND DISMISSING ACTION WITH PREJUDICE</u>**

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition, filed February 13, 2007 (Doc. 20).  Petitioner did not file objections and the deadline for filing objections has passed.  The Court accepts the findings and recommended disposition.

IT IS HEREBY ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that Respondent's Motion to Dismiss (Doc. 4) is GRANTED; the petition is denied; and this action be, and it hereby is, dismissed with prejudice.

                                                                                       _____<br>                                                                               UNITED STATES DISTRICT JUDGE